1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-13-00160 LHK |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND [PROPOSED] |
| | ) | ORDER TO FILE ORDER UNDER SEAL |
| vs. | ) | |
| NGOK FUNG OVAN CHAN, | ) | |
| Defendant. | ) | |

**APPLICATION**

Defendant Ngok Fung Ovan Chan, by and through counsel, respectfully requests leave to file Exhibit E of the Sentencing Memorandum **Under Seal**.

This request is made on the grounds that Exhibit E of the Sentencing Memorandum contains confidential information as Mr. Chan's Psychological Evaluation.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters I am informed and believe them to be true.

Executed this 23th day of July, 2014, at San Jose, California.

_____/S/_____
VARELL L. FULLER
Assistant Federal Public Defender

(Proposed)Order to File Under Seal            1

1 **ORDER**

2 GOOD CAUSE APPEARING, upon request of defendant Ngok Fung Ovan Chan, it is

3 hereby ordered that defendant's Exhibit E of the Sentencing Memorandum be filed **Under Seal**.

4 IT IS SO ORDERED.

6 Date: ___7/24/14_____     _____*Lucy H. Koh*_____
   HONORABLE LUCY H. KOH
7    United States District Court

(Proposed)Order to File Under Seal                2